IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN BUSSIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00387 |
| | ) | |
| DAIMLERCHRYSLER CORPORATION, | ) | |
| DAIMLERCHRYSLER AG, | ) | |
| DAIMLERCHRYSLER MOTORS | ) | |
| COMPANY OF DELAWARE, LLC, and | ) | |
| DAIMLERCHRYSLER NORTH | ) | |
| AMERICA HOLDING CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING STAY OF MAGISTRATE JUDGE'S ORDER PENDING REVIEW OF OBJECTIONS

This matter coming before the Court on the motion of Plaintiff filed December 16, 2005, pursuant to LR72.4 requesting a stay of the operation of the Order and Recommendation of United States Magistrate Judge filed in this action on November 3, 2005, and it appearing to the Court that special considerations exist that are sufficient to the warrant the stay, including the conservation of judicial resources, and noting that Defendants' counsel does not object the stay, and therefore, for good cause shown, the motion (Pleading No. 63) is **GRANTED**.

**IT IS THEREFORE ORDERED** that the operation of the Order and Recommendation of the U.S. Magistrate Judge is stayed until such time as the outstanding

Objections are reviewed and ruled upon, with the time limits of the Order and Recommendations to run from the date of any ruling by the District Court Judge, if not superseded therein.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: January 4, 2006