```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


JOHN BUSSIAN,                       )
                                    )
     Plaintiff,                     )
                                    )
     v.                             )     1:04CV00387
                                    )
DAIMLERCHRYLSER CORPORATION,        )
DAIMLERCHRYLSER,                    )
DAIMLERCHRYLSER MOTORS COMPANY      )
COMPANY OF DELAWARE, LLC, and       )
DAIMLERCHRYLSER NORTH AMERICA       )
HOLDING CORPORATION,                )
                                    )
     Defendants.                    )
```

<u>ORDER</u>

OSTEEN, District Judge

    In this Standing Order 30 proceeding, the Magistrate Judge has recommended that Plaintiff John Bussian and Intervenors' Renewed Motion for Class Certification be granted insofar as a plaintiff class be certified. Defendants filed objections and Plaintiff and Intervenors filed a response to Defendants' objections.

    This court has conducted a review of the file and has determined that the recommendation of the Magistrate Judge is appropriate and should be adopted.

    For the reasons set forth in the Magistrate Judge's recommendation of April 23, 2007,

IT IS ORDERED that Plaintiff John Bussian and Intervenors' Renewed Motion for Class Certification is GRANTED (Doc. No. 83) insofar as the following plaintiff class be certified:

> the Plaintiffs and all other North Carolina persons similarly situated; to wit, all present and former owners and lessees of model year 1998-1999 Dodge Durangos and two-wheel drive vehicle model year 2000-2003 Dodge Durangos who have suffered actual injury, that is, who have sold their Durangos at a reduced amount, or replaced their Durangos' ball joints, or experienced property damage because of ball joint failure, either to other components of their Durangos or to other property.

This the 18th day of June 2007.

_____
United States District Judge